Alexander Stephen Capoyianes   GABRIEL ROBERT VILLANUEVA   WESLEY AARON HOLTZ
(Name)                         1624 VALDOSTA CIR.            1734 EDGEWOOD AVENUE
1130 E. Adams                  PONTIAC, MI 48340             SOUTH MILWAUKEE, WI 53172
(Address)
Lombard, IL, 60148             MATHEW RYAN LABROT            MICHAEL COREY MARTIN
(City, State, Zip)             19 BRANCH STREET              217 DONNA LANE
                               BONNE TERRE, MO 63628         LAFOLLETTE, TN 37766

(CDC Inmate No.)

2012 JUN 21 PM 2:41

BY ml  DEPUTY

# United States District Court
## Southern District of California

Alexander Stephen Capoyianes, GABRIEL ROBERT VILLANUEVA,
(Enter full name of plaintiff in this action.)
WESLEY AARON HOLTZ, MATTHEW RYAN LABROT,
MICHAEL COREY MARTIN              Plaintiff,

v.

Secretary of the Navy

_____,
(Enter full name of each defendant in this action.)
                                  Defendant(s).

Civil Case No. 12 CV 1532 WQH BGS
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Alexander Stephen Capoyianes, GABRIEL ROBERT VILLANUEVA, MATTHEW RYAN LABROT, WESLEY AARON HOLTZ, (print Plaintiff's name) MICHAEL COREY MARTIN , who presently resides at 1130 E. Adams Lombard IL,
(mailing address or place of confinement)
60148                                                                , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at
Naval Special Warfare                      on (dates) 03/06/12    ,              , and
(institution/place where violation occurred)         (Count 1)    (Count 2)      (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant Secretary of the Navy ☒ resides in Washington D.C. ,
            (name)                                               (County of residence)
and is employed as a Secretary of the Navy . This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

My Constitutional Rights to Liberty and Due Process were violated when the Secretary of the Navy involuntarily reclassified me in clear violation of the "Enlistment Guarantees" given to me when I agreed to serve. Additionally, my Liberty and autonomy are being taken without Due Process of law.

Defendant _____ resides in _____ ,
            (name)                                               (County of residence)
and is employed as a _____ . This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ resides in _____ ,
            (name)                                               (County of residence)
and is employed as a _____ . This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ resides in _____ ,
            (name)                                               (County of residence)
and is employed as a _____ . This defendant is sued in
            (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Constitutional Rights to Liberty and Due Process

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

My Constitutional Rights to Liberty and Due Process were violated when the Navy involuntarily reclassified me in clear violation of the "Enlistment Guarantees" given to me when I agreed to serve. Additionally, my Liberty and autonomy is being taken without due process of law. The Fifth Amendment of the Constitution provides that "No person shall... be deprived of life, Liberty, or property, without Due Process of law." There was no review in a court martial or administrative board to determine whether I should have been classified as a paragraph 4 sailor who can be involuntarily reclassified or a paragraph 3 sailor that cannot. Whether paragraph 3 or 4 applies, depends on whether "fault or conduct" occurred. I never received any type of hearing to determine that I committed the necessary misconduct necessary to invalidate the guarantee my enlistment contract was premised on.

<u>Count 2</u>: The following civil right has been violated: _____

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

<u>Count 3</u>: The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised:

_____

_____

_____

_____

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I have submitted a 1306 Request for Separation which was denied, and a Congressional Inquiry which was deferred for further review by the Navy. I have also submitted an 1150 Complaint of Wrongs which has yet to be returned and processed and submitted a Board for Correction of Naval Records complaint which has also yet to be fully reviewed and processed.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from involuntarily transferring me and to be returned to my guaranteed option which states I am able to enroll in a mutually acceptable rate or the Navy will exercise its option to effectuate my honorable discharge.

2. Damages in the sum of $ 0.00

3. Punitive damages in the sum of $ 0.00

4. Other:

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

06/21/12
Date

Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1